## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CASE NO. _____ |
| : | |
| v. : | |
| : | |
| **OMAR GONZALEZ,** : | |
| : | |
| **Defendant.** : | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

Daniel Hochman, an Officer with the United States Secret Service, Washington, D.C., (hereinafter "your affiant") being duly sworn, deposes and states as follows:

1. I am an Officer with the uniformed division of the United States Secret Service.

2. This affidavit is based, in part, upon my personal observations, information provided to me by other Special Agents of the United States Secret Service, witnesses, and other information gathered during the course of this investigation. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause for a criminal complaint and arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant charging OMAR GONZALEZ with knowingly entering or remaining in a restricted building or grounds without lawful authority to so, in violation of Title 18, United States Code § 1752(a)(1), and that during and in relation to the offense, OMAR GONZALES carried a deadly or dangerous weapon, namely, a knife, see Title 18, United States Code, § 1752(b)(1)(A).

4. As a result of my personal participation in this investigation, as well as through

interviews with and analysis of reports submitted by other officers of the United States Secret Service and other law enforcement agencies who are involved in this investigation, I am familiar with all aspects of this investigation. On the basis of this familiarity, and on the basis of other information which I have reviewed and determined to be reliable, I allege the following facts to show there is probable cause to believe that OMAR GONZALEZ committed an offense involving knowingly entering or remaining in a restricted building or grounds, and that during and in relation to the offense, OMAR GONZALEZ carried a deadly or dangerous weapon in violation of Title 18, United States Code, § 1752(a)(1) and (b)(1)(A).

5.     Under Title 18, United States Code, § 1752(a)(1) and (b)(1)(A), whoever knowingly enterers or remains in any restricted building or grounds without lawful authority to do so shall be punished by a fine or imprisonment for not more than 10 years, if the person, during an in relation to the offense, used or carried a deadly or dangerous weapon.

6.     Under Title 18, United States Code, § 1752(c)(1)(A), the term "restricted buildings or grounds" includes any posted, cordoned off, or other restricted area of the White House or its grounds.

7.     On Friday, September 19, 2014, at about 7:19 p.m., I was assigned to perform foot patrol in front of the White House, located at 1600 Pennsylvania Avenue, N.W., Washington D.C. At about that date and time, I saw a man, later identified as OMAR GONZALEZ, climb over the north fence of the White House. I ran toward OMAR GONZALEZ and yelled at him to stop. Instead, OMAR GONZALEZ ran toward the White House.

8.     Moments later, OMAR GONZALEZ went through the north doors of the White House and entered the White House. Soon thereafter, inside the White House, OMAR

GONZALEZ was apprehended by United States Secret Service Officers.

9. After OMAR GONZALEZ was apprehended, a United States Secret Service Officer searched OMAR GONZALEZ's person and recovered a Spyderco VG-10 black folding knife from his right front pants pocket. The knife had a serrated blade that was three and one-half inches long.

10. After he was apprehended, OMAR GONZALEZ told United States Secret Service Agent Lee Smart that he was concerned that the atmosphere was collapsing and needed to get the information to the President of the United States so that he could get the word out to the people.

## CONCLUSION

11. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that OMAR GONZALEZ knowingly entered or remained in a restricted building or grounds, namely, the White House, without lawful authority to do so, and that during and in relation to the offense, OMAR GONZALES carried a deadly or dangerous weapon, namely, a knife, in violation of 18 U.S.C. § 1752(a)(1) and (b)(1)(A).

Respectfully submitted,

_____
Daniel Hochman

Subscribed and sworn to before me this ___20___ of September, 2014.

_____
HON. JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

3