IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 1, 2013

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
|---|---|---|
| v. | : | VIOLATIONS: |
| OMAR GONZALEZ, | : | 18 U.S.C. § 1752(a)(1) & (b)(1)(A) |
| | : | (Entering or Remaining in Restricted |
| Defendant. | : | Building or Grounds While Carrying |
| | : | a Deadly or Dangerous Weapon) |
| | : | |
| | : | 22 D.C. Code § 4504(a)(1) (2001 ed.) |
| | : | (Carrying a Dangerous Weapon |
| | : | Outside Home or Place of Business) |
| | : | |
| | : | 7 D.C. Code § 2506.01(a) (2001 ed.) |
| | : | (Unlawful Possession of Ammunition) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about September 19, 2014, within the District of Columbia, defendant **OMAR GONZALEZ** did knowingly enter and remain in a restricted building and grounds, that is, the White House and its grounds, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a Spyderco VG-10 knife.

**(Entering or Remaining in Restricted Building or Grounds While Carrying a Deadly or Dangerous Weapon,** in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A))

## COUNT TWO

On or about September 19, 2014, within the District of Columbia, defendant **OMAR GONZALEZ** did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a dangerous weapon capable of being so concealed, that is, a Spyderco VG-10 knife.

(**Carrying a Dangerous Weapon Outside Home or Place of Business,** in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))

## COUNT THREE

On or about September 19, 2014, within the District of Columbia, defendant **OMAR GONZALEZ** unlawfully did possess certain ammunition, that is, 12 gauge shotgun shells, .45 caliber rounds, M-4/M1A rounds, .357 caliber rounds, .270 caliber rounds, AR-22 rounds, 9 mm rounds, and .223 caliber rounds, without being the holder of a valid registration certificate for a firearm.

(**Unlawful Possession of Ammunition,** in violation of 7 D.C. Code, Section 2506.01(a) (2001 ed.))

A TRUE BILL

FOREPERSON

*Ronald C. Machen Jr. /SM/*
Attorney of the United States in
and for the District of Columbia